DONALD HORNE, Respondent, v. ARLEN G. SWIGER et al., Appellants.—

(*Schuylkill Fuel Corp.* v. *Nieberg Realty Corp.*, 250 N. Y. 304; 2018 *Seventh Avenue, Inc.*, v. *Nach-Haus Leasing Corp.*, 289 N. Y. 490.)  Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COMMERCIAL NATIONAL BANK & TRUST COMPANY OF NEW YORK, as Trustee, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.—

No opinion.  Settle order on notice.  Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CHARLES J. BAUMANN, Respondent, v. THOMAS A. KEANE, Appellant.—

No opinion.  Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between HARRY E. DUBIN, Respondent, and U. S. VITAMIN CORPORATION, Appellant.— No opinion.  Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH SOBEL, Respondent, v. MINNIE SOBEL et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JEAN MURRAY, Respondent, v. EDWARD M. MURRAY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN E. VARLEY, as Trustee, Respondent, v. CHARLES J. LYONS et al., Appellants, and FEDERATION BANK AND TRUST COMPANY, Respondent.—

No opinion.  Settle order on notice.  Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LEON B. KWARTLER, Respondent, v. REBECCA I. KWARTLER, Appellant.— No opinion.  Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent and vote to reverse and deny the motion.